# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GERALD PAUL SCHEXNAYDER, JR.
AND KATHRYN SMITH
SCHEXNAYDER

NO.  2022 CW 1041

VERSUS

DEREK PAUL MOREAU

**NOVEMBER 21, 2022**

---

In Re:  Derek Paul Moreau, applying for supervisory writs,
18th Judicial District Court, Parish of Pointe Coupee,
No. 49667.

---

**BEFORE:  THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**  The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.S_

DEPUTY CLERK OF COURT
FOR THE COURT